UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cheryl Gray<br><br>　　　　　　　Plaintiff(s)<br>v.<br>The Prudential Ins. Co. of America, et.<br><br>　　　　　　　Defendant(s) | CASE No C 22-cv-02805 HSG<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
　　Private mediation

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline:  December 16, 2022

Date: 8/9/22　　　　　　　　　　　　　/s/Michelle L. Roberts
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: 8/9/22　　　　　　　　　　　　　/s/Jason A. James
　　　　　　　　　　　　　　　　　　　Attorney for Defendant

Date: 8/9/22　　　　　　　　　　　　　/s/Tao Y. Leung
　　　　　　　　　　　　　　　　　　　Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 8/10/2022　　　　　　　　　　　　/s/ Haywood S. Gilliam Jr.
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*